UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WHITING, DDS, INC. d/b/a, WHITING FAMILY DENTAL, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br>   v.<br>MYOFUNCTIONAL RESEARCH COMPANY USA, INC.,<br><br>                 Defendant. | CASE NO. 8:16-cv-01863-AG-DFM<br><br>Honorable Andrew J. Guilford<br><br>**ORDER JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint filed: October 10, 2016 |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

    1.    The Stipulation is GRANTED.

    2.    The above-entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses.

DATED: March 30, 2017        _____

                                                 Andrew J. Guilford
                                                 United States District Court Judge